UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY DOUGLAS AULD, II,

       Plaintiff,

                                  Case No. 10-cv-14615

v.

                                  Paul D. Borman
                                  United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,
                                  Mark A. Randon
                                  United States Magistrate Judge

       Defendant.

_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (Dkt. No. 9), (2) DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (Dkt. No. 7), (3) GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT (Dkt. No. 8), AND
(4) AFFIRMING THE DECISION OF THE COMMISSIONER**

       Before the Court is Magistrate Judge Mark A. Randon's Report and Recommendation on

Cross-Motions for Summary Judgment. (Dkt. No. 9). The Magistrate Judge has recommended that

the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary

Judgment, and affirm the decision of the Commissioner.

       Having reviewed the Report and Recommendation, and there being no timely objections from

either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the

Magistrate Judge's Report and Recommendation and:

       (1) **DENIES** Plaintiff's Motion for Summary Judgment;

       (2) **GRANTS** Defendant's Motion for Summary Judgment; and

       (3) **AFFIRMS** the decision of the Commissioner.

This Order closes the case.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 1-31-12