UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY DOUGLAS AULD, II,

    Plaintiff,

v.

    Case No. 10-cv-14615

    Paul D. Borman
    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Mark A. Randon
    United States Magistrate Judge

    Defendant.

_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 9), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 7), (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 8), AND (4) AFFIRMING THE DECISION OF THE COMMISSIONER**

    Before the Court is Magistrate Judge Mark A. Randon's Report and Recommendation on Cross-Motions for Summary Judgment. (Dkt. No. 9). The Magistrate Judge has recommended that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the decision of the Commissioner.

    Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and:

    (1) **DENIES** Plaintiff's Motion for Summary Judgment;

    (2) **GRANTS** Defendant's Motion for Summary Judgment; and

    (3) **AFFIRMS** the decision of the Commissioner.

This Order closes the case.

**IT IS SO ORDERED.**

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 1-31-12